[No. 21118-5-III.   Division Three.   June 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PETR
SOLOMONOVICH BUSEV, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 01-1-00845-9, Carolyn A. Brown, J., entered
May 10, 2002. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 21180-1-III; 21181-9-III.   Division Three.   June 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK MICHAEL
MCCULLOUGH, *Appellant*.

Appeals from judgments of the Superior Court for Spo-
kane County, Nos. 01-1-02845-7 and 01-1-02792-3, Paul A.
Bastine, J., entered May 30, 2002. *Affirmed* by unpublished
opinion per Brown, C.J., concurred in by Sweeney and Kato,
JJ.

[No. 21295-5-III.   Division Three.   June 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI ELLEN SNOOK,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-1-00760-1, Linda G. Tompkins, J.,
entered July 17, 2002. *Affirmed* by unpublished opinion per
Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 48851-1-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONECLUB,
*Appellant*.

Appeal from judgments of the Superior Court for What-
com County, No. 99-1-00224-8, Steven J. Mura, J., entered
October 21, 1999 and March 22, 2001. *Dismissed* by unpub-
lished per curiam opinion.